*1101 C. A. 11th Cir. Reported below: 125 Fed. Appx. 980;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 981;
C. A. 11th Cir. Reported below: 374 F. 3d 1023;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 982;
C. A. D. C. Cir. Reported below: 395 F. 3d 452;
C. A. 6th Cir. Reported below: 112 Fed. Appx. 481;
C. A. 11th Cir. Reported below: 391 F. 3d 1172;
C. A. 10th Cir. Reported below: 118 Fed. Appx. 480;
*1102 No. 04-9916.
No. 04-9917.
No. 04-10020.
C. A. 5th Cir. Reported below: 394 F. 3d 396;
C. A. 4th Cir. Reported below: 390 F. 3d 823; and
C. A. 6th Cir. Reported below: 394 F. 3d 422. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).